**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GRISELDA DELGADILLO** | ) |
| **Plaintiff** | |
| **v.** | |
| | ) **Case No. 1:07-cv-01897** |
| **Cleveland Construction, Inc.** | **Judge Paul L. Friedman** |
| **Defendant** | |
| | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ P. 41(a), plaintiff hereby dismisses this case with prejudice. Each party will bear its own costs.

Respectfully Submitted:

 \s\ James A. DeVita
James A. DeVita, D.C. Bar # 370578
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5015 (office) 703-351-9750 (fax)
jdevita@devitalaw.com
Attorney For Plaintiff